IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00136-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERRY LEE GRIER JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to amend his presentence report (PSR). (Doc. No. 41).

The defendant asks the Court to remove references to alleged threats reported by tellers used by the defendant to accomplish his bank fraud. (Doc. No. 14: PSR ¶¶ 18, 19, 23-33). The defendant filed objections to that information prior to sentencing, (Id., at 38-39), but the Court did not rule on the dispute because it did not affect the advisory guideline range and the Court explicitly stated it would not consider the matter in sentencing, as provided in Rule 32(h)(i)(3)(B). (Doc. No. 31: Sent. Hr'g Tr. at 5-6, 30-31). However, the Court did not find the information was unreliable, and the defendant did not move to strike it from the PSR. The defendant has not shown any basis in law or fact to alter the PSR long after it was adopted by the Court.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge