IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00136-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JERRY LEE GRIER JR. | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release based on the COVID-19 pandemic, (Doc. No. 43), and the government's response, (Doc. No. 46). However, the defendant has been released from custody. See https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. Nos. 43), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: September 15, 2023

Robert J. Conrad, Jr.
United States District Judge