UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00136-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JERRY LEE GRIER JR. | ) | |

**THIS MATTER** is before the Court upon motions of the defendant for early termination of his supervised release, (Doc. Nos. 52, 53, 54), to which the government does not object.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a five-year term of supervised release which began on or about December 3, 2021. (Doc. No. 22: Judgment at 3). According to the motion, his supervising United States Probation Officer reports that the defendant has been compliant with all conditions of his release and has paid approximately $25,000 toward his restitution obligation. (Doc. No. 54: Second Amended Motion at 2). Therefore, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the Second Amended Motion, (Doc. No. 54), is **GRANTED**, and the outstanding financial obligation shall be collected by civil means through the United States Attorney's Office. The Motion and Amended Motions, (Doc. Nos. 52, 53), are **DISMISSED as moot**.

1

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Robert J. Conrad, Jr.
United States District Judge